| | |
|---|---|
| United States District Court<br>Southern District of New York | 1:20-cv-01764-JPO |

Maritza Angeles, individually and on behalf of all others similarly situated,

                        Plaintiffs,

            - against -                    Notice of Voluntary Dismissal

Tillamook County Creamery Association,

                        Defendant

       Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   June 18, 2020

                                                          Respectfully submitted,

                                                          Sheehan & Associates, P.C.

                                                          /s/Spencer Sheehan
                                                          Spencer Sheehan
                                                          505 Northern Blvd Ste 311
                                                          Great Neck NY 11021-5101
                                                          Tel: (516) 303-0552
                                                          Fax: (516) 234-7800
                                                          spencer@spencersheehan.com
                                                          E.D.N.Y. # SS-8533
                                                          S.D.N.Y. # SS-2056

1:20-cv-01764-JPO
United States District Court
Southern District of New York

Maritza Angeles, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

Tillamook County Creamery Association,

Defendant

Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 505 Northern Blvd Ste 311
  Great Neck NY 11021-5101
     Tel: (516) 303-0552
     Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: June 18, 2020

                                                     /s/ Spencer Sheehan
                                                     Spencer Sheehan

Certificate of Service

I certify that on June 18, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan